UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Derrick E. Kirtman, | ) | C/A No. 4:13-3562-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order |
| vs. | ) | |
| | ) | |
| Williamsburg FCI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Plaintiff, while a prisoner at Williamsburg Federal Correctional Institution, filed a civil rights action complaining he was confined to a Special Management Unit without due process. By order dated January 22, 2014, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the order would subject the case to dismissal. The time to bring this case into proper form now has lapsed. Plaintiff has not responded to the order and therefore has failed to comply with an order of this Court. This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

     **IT IS SO ORDERED**.                       s/Timothy M. Cain
                                                                   Timothy M. Cain
                                                                   United States District Judge

February 28, 2014
Anderson, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

4:13-cv-03562-TMC     Date Filed 02/28/14    Entry Number 14     Page 2 of 2